IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CORNELIUS PAYNE,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 15-00354-KD-B |
| **CITY OF MOBILE POLICE DEPARTMENT,** *et al.,* | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** as frivolous, prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this the 13th day of January 2016.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE